United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

------

No. 05-41810
Conference Calendar

------

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILSON LOCKE LYNCH, JR.,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:05-CR-69
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

      The attorney appointed to represent Wilson Locke Lynch, Jr.,
has requested leave to withdraw and has filed a brief as required
by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Lynch has not
responded.  Our independent review of the record and counsel's
brief discloses no nonfrivolous issue for appeal.  Counsel's
motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities, and the APPEAL IS DISMISSED.
<u>See</u> 5TH CIR. R. 42.2.

------

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.